UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MELISSA OVERALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 5:20-CV-187-FDW |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 11) and the Consent Motion to Remand (Doc. No. 13) filed by Defendant. Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

IT IS THEREFORE ORDERED that the Consent Motion to Remand (Doc. No. 13) is GRANTED, and Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 11) is DENIED AS MOOT. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: October 5, 2021

Frank D. Whitney
United States District Judge